UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R., by and through her Guardians ad Litem; NICOLE REED; and RONALD REED,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SAN MARCOS UNIFIED SCHOOL DISTRICT,<br><br>　　　　　　　　　　Defendant. | Case No.: 21-CV-1752 JLS (AGS)<br><br>**ORDER SUA SPONTE STRIKING PETITION TO APPOINT GUARDIANS AD LITEM**<br><br>(ECF No. 1-2) |

　　　　Presently before the Court is minor Plaintiff J.R.'s ex parte Petition to appoint her parents, Nicole Reed and Ronald Reed, as Guardians ad Litem (ECF No. 1-2). Plaintiff's Petition contains the full name of the minor Plaintiff. Pursuant to this Court's General Order No. 514, "counsel or parties shall be required to remove or redact the . . . Names of Minor Children. If the involvement of a minor child must be mentioned, only the initials of that child should be used." *See also Fotinos v. Fotinos*, No. C 12-953 CW, 2014 WL 546083, at *5 (N.D. Cal. Feb. 7, 2014), *aff'd*, 644 F. App'x 793 (9th Cir. 2016) (striking filings that improperly included minor child's name). Accordingly, the Court sua sponte

///

///

**STRIKES** the Petition. Plaintiff may file a redacted version of the Petition within seven days of the date of this order.

**IT IS SO ORDERED.**

Dated: October 12, 2021

Hon. Janis L. Sammartino
United States District Judge