UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R., by and through her Guardians ad Litem; NICOLE REED; and RONALD REED,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SAN MARCOS UNIFIED SCHOOL DISTRICT,<br><br>　　　　　　　　　　Defendant. | Case No.: 21-CV-1752 JLS (AGS)<br><br>**ORDER GRANTING PETITION FOR ORDER TO APPOINT GUARDIANS AD LITEM**<br><br>(ECF No. 4) |

Presently before the Court is minor Plaintiff J.R.'s ex parte Petition to appoint her parents, Nicole Reed and Ronald Reed, as Guardians ad Litem (ECF No. 4). Nicole Reed and Ronald Reed are the legal guardians of Plaintiff J.R., and there is no apparent conflict of interest. Good cause appearing, the Court **GRANTS** Plaintiff's Petition and Nicole Reed and Ronald Reed are appointed as guardians ad litem for Plaintiff J.R.

**IT IS SO ORDERED.**

Dated: October 13, 2021

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge