UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R., by and through her Guardians ad Litem NICOLE REED and RONALD REED,<br><br>Plaintiff,<br><br>v.<br><br>SAN MARCOS UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 21-CV-1752 JLS (AGS)<br><br>**ORDER (1) GRANTING MOTION TO EXPEDITE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; AND (2) RESETTING HEARING**<br><br>(ECF No. 11) |

Presently before the Court is the Motion of Plaintiff J.R., by and through her Guardians ad Litem, Nicole Reed and Ronald Reed, to Expedite Plaintiff's Motion for Preliminary Injunction ("Mot.," ECF No. 11-1). Plaintiff argues that "Plaintiff J.R. has been out of school since on or about September 7, 2021 and she will continue to miss educational opportunities until and unless this court rules on Plaintiff's Motion for a Preliminary Injunction." Mot. at 4. Further, Plaintiff states that "[t]here is no indication that Defendant will change its behavior and comply with [the Office of Administrative Hearings'] order absent an injunction from this court." *Id.* at 5. Good cause appearing, the Court **GRANTS** Plaintiff's Motion.

The Court **RESETS** the hearing on Plaintiff's Motion for Preliminary Injunction (ECF No. 9), presently set for December 9, 2021, to **November 16, 2021 at 9:30 a.m.** in Courtroom 4D.  The briefing schedule on Plaintiff's Motion remains the same as set by this Court's October 14, 2021 Order (ECF No. 10).

**IT IS SO ORDERED.**

Dated:  October 18, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge