1

2

3

4

5

6

7

8

9                      UNITED STATES DISTRICT COURT

10                    SOUTHERN DISTRICT OF CALIFORNIA

11

12    J.R., by and through her Guardians ad         Case No.: 21-CV-1752 JLS (AGS)
      Litem NICOLE REED and RONALD
13    REED,                                          **ORDER REQUIRING PARTIES TO**
                                                     **MEET AND CONFER**
14                                    Plaintiff,

15    v.

16    SAN MARCOS UNIFIED SCHOOL
17    DISTRICT,

18                                   Defendant.

19

20         Presently before the Court is the Motion for Preliminary Injunction filed by Plaintiff

21    J.R., by and through her Guardians ad Litem, Nicole Reed and Ronald Reed ("Mot.," ECF

22    No. 9). Plaintiff requests that "Defendant should be ordered to immediately provide J.R.

23    with her individual, one-to-one health and nursing services-specialized physical health care

24    services for seven hours per day[.]" *Id.* at 11. Defendant has filed an opposition to the

25    Motion and states that the "District has agreed to provide the one-to-one health and nursing

26    services for [seven hours] per day, so this issue is moot." ECF No. 13 at 12.

27         In light of Defendant's representation that it has offered to provide Plaintiff with the

28    services Plaintiff requests in her Motion, the Parties **SHALL** promptly meet and confer to

1  resolve whether the Motion for Preliminary Injunction is moot.  If the Parties cannot agree
2  that the Motion is mooted, Plaintiff must clearly articulate in her Reply what Defendant is
3  not providing Plaintiff and what issues remain before the Court.

4      **IT IS SO ORDERED.**

5  Dated:  October 29, 2021

6          Hon. Janis L. Sammartino
7          United States District Judge

21-CV-1752 JLS (AGS)