UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R., by and through her Guardians ad Litem NICOLE REED and RONALD REED,<br><br>Plaintiff,<br><br>v.<br><br>SAN MARCOS UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 21-CV-1752 JLS (AGS)<br><br>**ORDER REQUESTING DEFENDANT FILE SUPPLEMENTAL BRIEFING** |

Presently before the Court is the Motion for Preliminary Injunction filed by Plaintiff J.R., by and through her Guardians ad Litem Nicole Reed and Ronald Reed (ECF No. 9). In light of the arguments Plaintiff advances in her Reply (ECF No. 17), the Court finds that supplemental briefing is necessary to adjudicate the Motion. Accordingly, Defendant **SHALL FILE** a sur-reply <u>on or before November 11, 2021</u>. Defendant's brief, not including any exhibits necessary to respond to the Court's Order, **SHALL NOT** exceed ten (10) pages in length. The sur-reply shall address (1) whether Plaintiff has adequately exhausted her claims, (2) whether requiring Plaintiff to leave the classroom to receive

1  insulin is consistent with the stay put, and (3) whether the assistant has additional duties
2  outside of monitoring Plaintiff, and if so, whether that is consistent with the stay put.
3  **IT IS SO ORDERED.**
4  Dated: November 9, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge