UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R., by and through her Guardians ad Litem NICOLE REED and RONALD REED, | Case No.: 21-CV-1752 JLS (AGS) |
| Plaintiff, | **ORDER (1) DENYING MOTION FOR PRELIMINARY INJUNCTION AS MOOT AND (2) GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |
| v. | |
| SAN MARCOS UNIFIED SCHOOL DISTRICT, | (ECF Nos. 9, 34) |
| Defendant. | |

Presently before the Court is the Parties' Joint Motion to Dismiss with Prejudice (ECF No. 34).  Good cause appearing, the Court **GRANTS** the Joint Motion.  Because the Parties have settled this matter, Plaintiff's Motion for Preliminary Injunction (ECF No. 9) is **DENIED AS MOOT**.  The Court **DISMISSES WITH PREJUDICE** this action in its entirety.  The Clerk of the Court shall close the file.

   **IT IS SO ORDERED.**

Dated:  December 16, 2021

Hon. Janis L. Sammartino
United States District Judge